AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.
LEVI STONER
*Defendant*

Case No. 1:26-mj-00030

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* LEVI STONER ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a)- Production / Attempted Production of Child Pornography
18 U.S.C. § 2252A(a)(2) - Receipt of Child Pornography
18 U.S.C. § 2422(b) - Coercion and Enticement of Minor

Date: 05/07/2026

s/ Kevin J. Neary
*Issuing officer's signature*

City and state: Harrisburg, PA

Kevin J. Neary, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________ , and the person was arrested on *(date)* ____________
at *(city and state)* ____________ .

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ____________________

Known aliases: ____________________

Last known residence: ____________________

Prior addresses to which defendant/offender may still have ties: ____________________

Last known employment: ____________________

Last known telephone numbers: ____________________

Place of birth: ____________________

Date of birth: ____________________

Social Security number: ____________________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: ____________________

History of violence, weapons, drug use: ____________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ____________________

FBI number: ____________________

Complete description of auto: ____________________

Investigative agency and address: ____________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ____________________