USA

AO 442        11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.   1:26-mj-000 30 |
| LEVI STONER | ) |
| | ) |
| | ) |
| _Defendant_ | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     John Rivera Pesante                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

    18 U.S.C. § 2251(a)- Production / Attempted Production of Child Pornography
    18 U.S.C. § 2252A(a)(2) - Receipt of Child Pornography
    18 U.S.C. § 2422(b) - Coercion and Enticement of Minor

EC'D USMS M/PA HBG
26 MAY 8 8:39

FILED
HARRISBURG, PA

MAY 19 2026

Date:     05/07/2026                                            s/ Kevin J. Neary
                                                          _Issuing officer's signature_

City and state:    Harrisburg, PA    PER_____    Kevin J. Neary, Deputy Clerk
                                    DEPUTY CLERK              _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 05/01/2026 , and the person was arrested on _(date)_ 05/08/2026 at _(city and state)_ Boiling Springs, PA . |

Date: 05/08/2026

_____
_Arresting officer's signature_

Sean McGraw, Special Agent
_Printed name and title_