UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR- 112 |
| | : | |
| v. | : | (JUDGE MARIANI) |
| | : | |
| LEVI STONER, | : | |
| Defendant | : | |

**FILED
SCRANTON**

**MAY 19 2026**

PER_____DJ_____
DEPUTY CLERK

I N D I C T M E N T

THE GRAND JURY CHARGES:

COUNT 1
18 U.S.C. § 2251(a)
(Production of Child Pornography)

Between on or about September 26, 2025, and continuing until on or about December 5, 2025, in the Middle District of Pennsylvania, and elsewhere, the defendant,

LEVI STONER,

did, and attempted to, use, employ, persuade, induce and entice a person under the age of 18, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and knew and had reason to know that such visual depiction would be transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about November 30, 2025, in the Middle District of Pennsylvania, the defendant,

**LEVI STONER,**

knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: an image depicting child pornography of Minor Victim 1 that the defendant received via the internet.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
18 U.S.C. § 2422(b)
(Coercion and Enticement of a Minor)

Starting in at least September 2025, and continuing until on or about December 5, 2025, the Middle District of Pennsylvania, and elsewhere, the defendant,

## LEVI STONER,

did use a facility and mean of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, which was a criminal offense under Title 18, United States Code, Section 2251(a).

All in violation of Title 18, United States Code, Sections 2422(b) and 2427.

## FORFEITURE ALLEGATION

1.     The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

2.     Pursuant to Title 18, United States Code, Section 2253 and Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Sections 2251(a), 2252A(a)(2), or 2422(b), the defendant,

**LEVI STONER,**

shall forfeit to the United States of America:

      a.     Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

      b.     Any property, real or personal, constituting or

traceable to gross profits or other proceeds obtained from the offenses; and

c.   Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.   If any of the property described above, as a result of any act or omission of the defendant:

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253(b).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

FOREPERSON

CHRISTIAN T. HAUGSBY
Assistant United States Attorney

5·19·26
Date

James M. Buchanan
AUSA, by drucha