**THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **1:26-CR-112** |
| | : | **(JUDGE MARIANI)** |
| **LEVI STONER,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

**AND NOW, THIS** 28th **DAY OF SEPTEMBER, 2026,** upon consideration of Defendant's "Appeal of [Chief Magistrate Judge Bloom's] June 22, 2026 Detention Order" (Doc. 43), and Defendant's supporting brief (Doc. 46) "incorporat[ing] the arguments made both in the Brief in Support of the Motion for Reconsideration of the May 8, 2026 Detention Order (Doc. 36) and at the June 22, 2026 Hearing" before Judge Bloom (Doc. 46, at 7), **IT IS HEREBY ORDERED THAT:**

1. No later than **Monday, October 5, 2026**, Defendant shall file of record the transcript of the June 22, 2026, hearing before Judge Bloom.
2. The Government shall file a brief in response to Defendant's Appeal (Doc. 43) no later than **Friday, October 9, 2026**.

3. A hearing shall be held on **Wednesday, October 14, 2026, at 1:30 p.m**. in the William J. Nealon Federal Building, Scranton, Pa. in Courtroom # 4.

Robert D. Mariani
United States District Judge